ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Dashti Sanat Company | ) ASBCA No. 62457 |
| | ) |
| Under Contract No. W56KGZ-19-P-6049 | ) |

APPEARANCE FOR THE APPELLANT:    Salma William Saikaly, Esq.
                                  Willoughby Hills, OH


APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                    MAJ Aaron McCartney, JA
                                    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 23, 2021


_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62457, Appeal of Dashti Sanat Company, rendered in conformance with the Board's Charter.

Dated:  September 27, 2021


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals